IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROSS MORTGAGE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SABIR AL-MANSUR,<br><br>　　　　Defendant. | No. C 13-02945 WHA<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO PROCEED** ***IN FORMA PAUPERIS*** |

Defendant's application to proceed in forma pauperis is **GRANTED**.

**IT IS SO ORDERED.**

Dated: September 6, 2013.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE