IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROSS MORTGAGE CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>SABIR AL-MANSUR,<br><br>       Defendant.<br>                                    / | No. C 13-02945 WHA<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL** |

Defendant appeals the remand of this unlawful detainer action. Pursuant to the referral notice from the United States Court of Appeals for the Ninth Circuit, the Court finds that the appeal is frivolous and therefore leave to proceed in forma pauperis on appeal is **DENIED**. *See* 28 U.S.C. 1915(a)(3); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

The Clerk shall transmit a copy of this order to the Court of Appeals.

**IT IS SO ORDERED.**

Dated: September 24, 2013.

                                                WILLIAM ALSUP<br>                                               UNITED STATES DISTRICT JUDGE